# FEDERAL CIVIL RIGHTS COMPLAINT

**RECEIVED**

DEC 3 0 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Plaintiff: Nathan Eugene Jackson (Pro Se)

Defendants: Minnesota Bureau of Criminal Apprehension; Minneapolis Police Department; Illinois State Police

25-cv-4811-JRT/ECW

Jurisdiction: 42 U.S.C. § 1983

Claims: Due Process; Stigma-Plus; Ongoing Constitutional Violations

Relief Sought: Declaratory Relief; Injunctive Relief; Monetary Damages

Date: *[signature]*
Signature: Nathan Eugene Jackson

**SCANNED**

DEC 3 0 2025

U.S. DISTRICT COURT ST. PAUL