# CIVIL COVER SHEET (JS-44)

**RECEIVED**

DEC 3 0 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Plaintiff(s): Nathan Eugene Jackson

Defendant(s): Minnesota Bureau of Criminal Apprehension; Minneapolis Police Department; Illinois State Police

County of Residence (Plaintiff): Ramsey County, Minnesota

25-cv-4811-JRT/ECW

Basis of Jurisdiction: ■ Federal Question ■ Diversity ■ United States Plaintiff

Nature of Suit: 440 – Civil Rights

Cause of Action: 42 U.S.C. § 1983 – Due Process and Stigma-Plus

Relief Requested: ■ Injunction ■ Declaratory ■ Monetary

Date: _Nathan Eugene Jackson_

Signature: Nathan Eugene Jackson

**SCANNED**
DEC 3 0 2025
U.S. DISTRICT COURT ST. PAUL