# DECLARATION OF NATHAN EUGENE JACKSON

25-cv-4811-JRT/ECW

I, Nathan Eugene Jackson, declare as follows:

1. I am the Plaintiff in this matter. I make this declaration based upon my own personal knowledge, and if called to testify, I could and would competently testify to the facts stated herein.

2. I moved to Minnesota on August 1, 2013, after locating my two oldest daughters, Janiece Wells and Sinead Wells, whom I had not seen or spoken with in approximately thirty years.

3. At the time of my move, I was leaving a deteriorated relationship. My then-fiancée exited the relationship and turned to prostitution, leaving me caring for her nine-year-old daughter, whom I treated as my own. I gave up my vehicle and traveled to Minnesota with two Megabus tickets.

4. Upon arrival, my cousin Henry transported me to 2410 Ponds Unity Court in Brooklyn Center, Minnesota, where I reunited with my daughter Janiece and met my grandsons Brian and Bryce. I later reconnected with my daughter Sinead and met her daughter Talia.

5. Prior to relocating to Minnesota, I lived in Chicago, Illinois, where I informed authorities of my prior registration and was forced to leave due to residency restrictions.

6. Upon reporting to Minnesota authorities, I was informed I was classified as a sexual violent predator and required to register for life, despite this not being part of my original conviction.

7. Due to this designation, I was unable to secure housing. My then-girlfriend, Sandra Shorthill, placed an apartment in her name and paid rent for approximately one year.

8. In 2023, my attorney received written confirmation from the Minnesota Bureau of Criminal Apprehension that I was no longer required to register.

9. In 2025, I applied for housing and was denied. I was also removed from YMCA membership after being labeled a sexual violent predator.

10. I possess denial letters from Minneapolis Public Housing and employers citing registry status. I currently reside in a motor home.

11. This matter concerns false classification, ongoing harm, and deprivation of my rights.

12. I seek correction of records and appropriate relief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this $\underline{30}$ day of December, 2025.

Nathan Eugene Jackson
Plaintiff, Pro Se

**RECEIVED**

DEC 3 0 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
DEC 3 0 2025
U.S. DISTRICT COURT ST. PAUL